## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1266-SLR ) ) |
| BROTHER INDUSTRIES, LTD. and BROTHER INTERNATIONAL CORPORATION, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all claims between plaintiff Telecomm Innovations, LLC and defendants Brother Industries, Ltd. and Brother International Corporation in the above action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorney's fees.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Richard C. Weinblatt* | /s/ *David E. Moore* |
| Stamatios Stamoulis (#4606) | Richard L. Horwitz (#2246) |
| Richard C. Weinblatt (#5080) | David Ellis Moore (#3983) |
| Two Fox Point Centre | Bindu A. Palapura (#5370) |
| 6 Denny Road, Suite 307 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19809 | 1313 N. Market Street |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 984-6000 |
| weinblatt@swdelaw.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | bpalapura@potteranderson.com |
| | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge